

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00550-CV

Jose **VAZQUEZ-VINCENTE,** M.D. D/B/A Advance Health Institute for Women's Health,
P.A.,
Appellant

v.

Priscilla **VILLARREAL-TREVINO,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVB001055D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal; therefore, the reporter's record was due on December 20, 2021. *See* TEX. R. APP. P. 35.1(b). On December 21, 2021, Ms. Yvonne Nino, the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal filed a Notification of Late Record, stating "I am awaiting payment at this time."

Appellant is hereby ORDERED to provide written proof to this court **no later than January 4, 2022** that:

1. appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, *see* TEX. R. APP. P. 34.6(b)(1); and

2. either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

The reporter's record must be filed **no later than ten (10) days** after the date appellant's written proofs are filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court